# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NATHANIEL LYNN PUMPHREY II, ) NO. CV 10-5939-CAS(E)
)
    Petitioner, )
)
  v. ) JUDGMENT
)
TERRI GONZALEZ, Warden, )
)
    Respondent. )
)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____Sept. 8_____, 2010.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE